## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Broadcast Music, Inc., *et al.*,

                               Plaintiffs,

v.

Tavern on Main, Inc., *et al.*,

                               Defendants.

Civ. No. 13-818 (RHK/TNL)

**ORDER FOR JUDGMENT**

This matter came before the Court on Plaintiffs' Motion for Default Judgment (Doc. No. 34)[1] on September 11, 2014. William D. Schultz appeared on behalf of Plaintiffs. No appearance was made on behalf of Defendants.

Having carefully considered the Motion and supporting documents, **IT IS ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. No. 34) is **GRANTED**. The Court determines that Defendants Tavern On Main, Inc. d/b/a RJ's Tavern On Main and Joseph D. Ryan knowingly and intentionally infringed upon the copyrights of five (5) musical compositions owned and/or licensed by Plaintiffs.

Based on the foregoing, and all the files, records, and proceedings herein, it is further **ORDERED** that Plaintiffs shall recover of Defendants Tavern On Main, Inc. d/b/a RJ's Tavern On Main, and Joseph D. Ryan, jointly and severally, the sum of $36,360.43, comprising statutory damages of $30,000 ($6,000 for each of the five (5) musical

---

[1] Plaintiffs' earlier Motion for Default Judgment (Doc. No. 17) has been supserseded by the instant Motion and is accordingly **DENIED AS MOOT**.

compositions infringed) under 17 U.S.C. § 504(c)(1), and attorneys' fees and costs of $6,360.43 under 17 U.S.C. § 505.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: September 11, 2014                  s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge